IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MACK WEST,

        Plaintiff,                      No. 2:11-cv-1692 JFM (PC)

    vs.

RYAN PETTIGREW, et al.,

        Defendants.            ORDER

_____/

       Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

       On August 19, 2011, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Williams was returned unserved with the notation "need more specific information, several people with the last name of Williams in the database." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed June 22, 2011;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Williams;

    b. Two copies of the endorsed complaint filed June 22, 2011; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: September 8, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
west1692.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MACK WEST,

    Plaintiff,

vs.

RYAN PETTIGREW, et al.,

    Defendants.

_____/

No. 2:11-cv-1692 JFM (PC)

NOTICE OF SUBMISSION

OF DOCUMENTS

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __1__    completed summons form

    __1__    completed USM-285 forms

    __2__    copies of the __June 22, 2011__
                                    Complaint

DATED:

_____
Plaintiff