1

2

3

4

5           IN THE UNITED STATES DISTRICT COURT

6          FOR THE EASTERN DISTRICT OF CALIFORNIA

7   MACK WEST,

8          Plaintiff,                    No. 2:11-cv-1692 JFM (PC)

9      vs.

10  RYAN PETTIGREW, et al.,

11         Defendants.            <u>ORDER</u>

12  _____/

13         Plaintiff is a state prisoner proceeding  pro se with a civil rights action pursuant to

14  42 U.S.C. § 1983.  On January 23, 2012, plaintiff filed a motion for a second extension of time to

15  file an opposition to defendants' October 20, 2011 motion to dismiss  Plaintiff also filed a

16  motion for appointment of counsel.

17         The basis for both of plaintiff's motions is his representation that he has been

18  placed on suicide watch following his reporting to medical staff that he had attempted suicide

19  and because of that placement he has no access to his legal property, in which is a request for

20  leave to amend and an opposition to defendants' motion to dismiss.  Good cause appearing,

21  plaintiff's request for an extension of time will be granted.

22         The United States Supreme Court has ruled that district courts lack authority to

23  require counsel to represent indigent prisoners in § 1983 cases.  <u>Mallard v. United States Dist.</u>

24  <u>Court</u>, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the

25  voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d

26  1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  At

1    the present time, the court does not find exceptional circumstances warranting more than an

2    extension of time as requested.  Plaintiff's request for the appointment of counsel will therefore

3    be denied without prejudice.

4               In accordance with the above, IT IS HEREBY ORDERED that:

5               1.  Plaintiff's January 23, 2012 motion for an extension of time is granted;

6               2.  Plaintiff is granted until February 23, 2012 in which to file and serve an

7    opposition to defendants' motion to dismiss;

8               3.  Defendants' reply, if any, shall be filed within seven days thereafter;

9               4.  Plaintiff's January 23, 2012 motion for appointment of counsel is denied

10   without prejudice.

11   DATED: January 27, 2012.

12

13                                                    _____
                                                     UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19   12
     west1692.36sec
20

21

22

23

24

25

26