IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MACK WEST,

      Plaintiff,                        No. 2:11-cv-1692 JAM JFM P

      vs.

R. PETTIGREW, et al.,

      Defendants.               <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On January 8, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed January 8, 2013, are adopted in full;

2. Defendants' August 27, 2012 motion to dismiss is denied; and

3. Within fourteen days from the date of this order defendants shall file and serve an answer to plaintiff's first amended complaint.

DATED: March 12, 2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE