1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MACK WEST,

11            Plaintiff,                    No. 2:11-cv-1692 JAM JFM P

12       vs.

13   R. PETTIGREW, et al.,

14            Defendants.              <u>ORDER</u>

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19            On January 8, 2013, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within fourteen days.  Neither

22   party has filed objections to the findings and recommendations.

23            The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1

1.   The findings and recommendations filed January 8, 2013, are adopted in full;

2.   Defendants' August 27, 2012 motion to dismiss is denied; and

3.   Within fourteen days from the date of this order defendants shall file and serve an answer to plaintiff's first amended complaint.

DATED:   March 12, 2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE