IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MACK WEST,

    Plaintiff,                           No. 2:11-cv-1692 JFM (PC)

    vs.

R. PETTIGREW, et al.,

    Defendants.                   <u>ORDER</u>

           Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 29, 2013, plaintiff filed a document styled as objections to the revised scheduling order (ECF No. 81) and the order resolving several pending motions (ECF No. 80) both filed on August 15, 2013. The objections are addressed to the magistrate judge, and are construed by the undersigned as a request for reconsideration of both orders. Defendants oppose the request (ECF No. 85). After review of the objections filed by plaintiff and defendants' opposition thereto, the court finds no basis for reconsideration of either order.

/////

/////

/////

/////

/////

1

1         Accordingly, IT IS HEREBY ORDERED that plaintiff's August 29, 2013 filing
2 (ECF No. 83) is construed as a request for reconsideration of this court's August 15, 2013 orders
3 and, so construed, is denied.

  Dated: September 6, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12
west1692.rec