UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACK A. WEST, | No. 2:11-cv-1692 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| RYAN PETTIGREW, et al., | |
| Defendants. | |

On June 18, 2014, plaintiff filed a request for reconsideration of the magistrate judge's minute order filed June 10, 2014, denying plaintiff's request for emergency intervention (ECF No. 151) and emergency ex parte motion (ECF No. 153). Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the minute order of the magistrate judge filed June 10, 2014 (ECF No. 155), is affirmed.

DATED: September 24, 2014

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE