UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MACK A. WEST JR.,

        Plaintiff,

  v.

RYAN PETTIGREW, et al.,

        Defendants.

No. 2:11-cv-1692 JAM CKD P

ORDER

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On November 20, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff and defendants have both filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 20, 2014, are adopted in full;

2. Defendants' motion to dismiss (ECF No. 139) is granted in part and denied in part as follows:

    a. Defendants Pettigrew and Vira are dismissed from this action with prejudice;

    b. All claims against defendants Gayton, Ortega and Coyle based on events prior to November 20, 2008 are dismissed; and

    c. Defendants' motion is otherwise denied.

DATED: March 5, 2015

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE